|  |  |
|---|---|
| JUSTIN WOOTEN, | No. 2:19-CV-0940-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTRY, et al., | |
| Defendants. | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, who is proceeding with retained counsel, brings this civil rights action under 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (ECF No. 3).

Based on a review of the allegations set forth in the complaint, it appears plaintiff is in custody. See ECF No. 1 (plaintiff's complaint). In his application to proceed in forma pauperis, however, plaintiff states that he is not in custody. To the extent plaintiff is in custody, his current application to proceed in forma pauperis is defective because it does not contain the required declaration or certified prison trust account statement. See 28 U.S.C. § 1915(a). To the extent plaintiff is not in custody, his current application is incomplete in that several items are unanswered. Specifically, plaintiff has not stated whether he has any cash (Item No. 7 – unanswered), whether he has any other assets (Item No. 7 – unanswered), what his monthly expenses are (Item No. 8 – unanswered), what his debts are (Item No. 9 – unanswered), or

whether plaintiff has filed lawsuits in the past (Item No. 10 – unanswered).  See ECF No. 3 (plaintiff's application).  Plaintiff will be directed to file an amended application to proceed in forma pauperis.  Plaintiff is cautioned that failure to comply within the time provided herein may result in dismissal of the entire action.  See Local Rule 110.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended application to proceed in forma pauperis, along with a certified copy of his prison trust account statement as required under 28 U.S.C. § 1915(a)(2) as appropriate if plaintiff is in custody, within 15 days of the date of this order.

Dated: May 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE