# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WOOTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTTE COUNTRY, et al.,<br><br>    Defendants. | No. 2:19-CV-0940-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action under 42 U.S.C. § 1983. Pending before the court are plaintiff's applications for leave to proceed in forma pauperis (ECF Nos. 3 and 6). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for leave to proceed in forma pauperis (ECF Nos. 3 and 6) are granted; and

2. This matter is referred back to the District Judge.

Dated: June 6, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE